Hovanes Margarian (SBN 246359)
hovanesm@margarianlaw.com
Armen Margarian (SBN 313775)
armenm@margarianlaw.com
Shushanik Margarian (SBN 318617)
shushanik@margarianlaw.com
**THE MARGARIAN LAW FIRM**
462 West Colorado Street
Glendale, CA 91204
Telephone: (818) 553-1000
Facsimile:  (818) 553-1005

Attorneys for Plaintiffs
**LYUDVIG PATATYAN and ASTGHIK GALYAN**

Sabrina C. Narain (SBN 299471)
sabrina.narain@nm-llp.com
Paal H. Bakstad (SBN 213630)
paal.bakstad@nm-llp.com
**NARAIN MACLEAR LLP**
300 South Grand Avenue, Suite 3950
Los Angeles, CA 90071
Telephone: (323) 716-6557
MBUSA-Eservice-NM@nm-llp.com

Attorneys for Defendants
**MERCEDES-BENZ USA, LLC AND
CALSTAR MOTORS INC.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYUDVIG PATATYAN, an individual; ASTGHIK GALYAN, an individual, <br><br> Plaintiff, <br> vs. <br><br> MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; CALSTAR MOTORS INC., a California Corporation; and DOES 1 through 30, inclusive, <br><br> Defendants. | **CASE NO**. **2:24-cv-03459-CBM-PVC** <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

-1-

## <u>ORDER</u>

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and good cause appearing therefore, the stipulation is approved. The Court hereby retains jurisdiction to enforce and require compliance with the terms of the settlement agreement entered into by the parties. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

Dated: February 6, 2026

By: _____
      Hon. Consuelo B. Marshall
      United States District Judge

-2-